UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
UNITED STATES OF AMERICA,           :      13-CR-199 (LAP)
                                    :      23-CV-4604 (LAP)
         -v.-                       :
                                    :      ORDER
JAMES PATTERSON,                    :
                                    :
              Defendant.            :
---------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

On August 8, 2023, this Court issued an Order requiring former counsel, Clinton W. Calhoun III of Calhoun and Lawrence, LL, to give sworn testimony, in the form of a declaration, addressing the allegations of ineffective assistance of counsel made by Defendant Patterson. (Dkt. no. 248.) In accordance with the Court's Order, on October 2, 2023, Mr. Calhoun filed his declaration under seal and provided courtesy copies to Defendant by mail and the Government by mail and email. (See dkt. no. 257.) The Government shall respond to Defendant's motion (dkt. nos. 243, 244) no later than March 7, 2025. Defendant may submit any reply no later than April 4, 2025.

**SO ORDERED.**

Dated:   New York, New York
         February 5, 2025

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge