**GOTLIB LAW**

SO ORDERED.

*Loretta A. Preska*

Loretta A. Preska, U.S.D.J.
June 1, 2026

June 1, 2026

*Via* **ECF**

Loretta A. Preska
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. James Patterson,* 13 Cr. 199 (LAP)

Dear Judge Preska:

I was appointed to represent James Patterson in connection with a motion for compassionate release in the above-captioned matter.  <u>Oral argument is currently scheduled for June 8, 2026.  I write to respectfully request that the Court order the U.S. Marshals Service to physically produce Mr. Patterson for oral argument.</u>  Mr. Patterson is incarcerated at FCI Fort Dix in New Jersey.  The government takes no position on this request.

Because the issues before the Court concern Mr. Patterson's motion for compassionate release and his personal circumstances are central to the Court's consideration of that motion, Mr. Patterson's presence would assist both the Court and counsel during oral argument.  Mr. Patterson wishes to observe the proceedings and be available to consult with counsel as necessary.

Accordingly, the defense respectfully requests that the Court Order the U.S. Marshals Service to physically produce Mr. Patterson for oral argument on June 8, 2026.  I thank the Court for its consideration.

           Respectfully Submitted,

           /s/

           Valerie A. Gotlib

Cc:    All counsel of record (*via* ECF)